IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM H., | ) | CIVIL ACTION NO. 3:24-CV-00275 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE LITKOVITZ |
| | ) | |
| LELAND DUDEK, | ) | |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider Plaintiff's residual functional capacity, offer to hold a new hearing, take any further action necessary to complete the administrative record, and issue a new decision.

Date: 2/20/2025

Entered: _Karen L. Litkovitz_

Karen L. Litkovitz
U.S. Magistrate Judge