IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM H.,
    Plaintiff(s),

v.

Commissioner of Social Security,
    Defendant(s).

Case No. 3:24-cv-275
(Litkovitz, MJ ; Consent Case)

## JUDGMENT IN A CIVIL CASE

**[ ]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED: ORDER granting the parties (Doc. 10) Joint Motion to Remand. This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider Plaintiff's residual functional capacity, offer to hold a new hearing, take any further action necessary to complete the administrative record, and issue a new decision.** (See Doc. 11).

Date: February 20, 2025

1 The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

                                                     Richard W. Nagel, Clerk of Court
                                                     By:  s/Arthur Hill, deputy clerk